"IMMINENT DANGER"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville DIVISION

JUL 1 2024 PM 1:33
FILED - USDC - FLMD - OCA

Timmy Kinner #191538,
**Plaintiff/Petitioner (Affiant)**,

Provided to Suwannee Correctional Institution on:

JUN 27 2024

for mailing, by: JL

v.

CASE NO. 3:24-cv-445-MMH-MCR
(To be supplied by Clerk's Office)

Reed, Bryant, FDC, et al,
**Defendant(s)/Respondent(s)**.

## APPLICATION TO PROCEED IN FORMA PAUPERIS
(prisoner filings)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

_____
AFFIANT'S SIGNATURE

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name; your case number, if known; and the question number.

6·24·24
DATE

I.   BRIEF STATEMENT OF THE NATURE OF THE ACTION, DEFENSE OR APPEAL:

PRO SE filing 1983 against prison staff (government agency) for violation of rites, Interstate Compact Transfer, & damages sought

II. **RESIDENCE:**
Affiant's address: ~~FDC PRISON~~
_____
(Street)

_____
(City)        (State)        (Zip Code)

III. **MARITAL STATUS:**

1. Single ____    Married ____    Separated ____    Divorced ____

2. If married, spouse's full name: _____

IV. **DEPENDENTS:**

1. Number: _____

2. Relationship to dependent(s): _____

3. How much money do you contribute to your dependent's support on a monthly basis? $_____

V. **EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

1. Name of employer: _____

   a. Address of employer: _____
   (Street)

   _____
   (City)        (State)        (Zip Code)

   b. State how long affiant has been (was) employed by present (or last) employer?

   Years: _____    Months: _____

   c. Income: Monthly $_____    or Weekly $_____

   d. What is (was) affiant's job title? _____

2. If unemployed, date of last employment: _____

2

3.   Is spouse employed?_____ If so, name of employer: _____

_____

a. Income:         Monthly $_____    or   Weekly $_____

b. What is spouse's job title? _____

4.   Are you and/or your spouse receiving welfare aid?

If so, amount:    Monthly $_____    or   Weekly $_____

## VI. FINANCIAL STATUS:

1.   Owner of real property (excluding ordinary household furnishings and clothing):

a. Description:   _____

b. Full address:  _____
                            (Street)

_____
(City)         (State)                (Zip Code)

c. In whose name?   _____

d. Estimated value:                         $ _____

e. Total amount owed:                       $ _____

   Owed to: _____ for            $ _____

            _____ for            $ _____

f. Annual income from property:             $ _____

2.   Other assets/property:

a. Automobile: Make_____ Model _____

   In whose name registered? _____

   Present value of car:                    $ _____

   Amount owed:                             $ _____

   Owed to: _____

b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $_____

3

    c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

| | |
|---|---|
| Business, profession, or other forms of self-employment: | $ _____ |
| Rent payments, interest, or dividends: | $ _____ |
| Pensions, annuities, or life insurance payments: | $ _____ |
| Gifts or inheritances: | $ _____ |
| Stocks, bonds, or notes: | $ _____ |
| Other sources: | $ _____ |

3.  Obligations:

    a. Monthly rental on house or apartment:     $ _____

    b. Monthly mortgage payments on house:     $ _____

4.  Other information pertinent to affiant's financial debts and obligations:

| (Creditor) | (Total Debt) | (Monthly Payment) |
|---|---|---|
| (Creditor) | (Total Debt) | (Monthly Payment) |
| (Creditor) | (Total Debt) | (Monthly Payment) |

Other (explain):

_____

_____

4

VII. **CERTIFICATION AND SIX-MONTH ACCOUNT STATEMENT:**

1. Date of incarceration: **6-30-2018**

2. Estimated release or parole date: **Unknown**

3. **Certificate:** You must submit a Certificate (which is on the last page of this form), completed by the warden or other authorized officer at the place of your confinement, showing the amount of money or securities that you have in any account in the institution.

4. **Six-month account statement:** If you are a prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding, you must attach to the Certificate a copy of your account statement for your prisoner account for the **six-month period** immediately preceding the filing of the complaint or notice of appeal. The account statement must be obtained from an authorized officer of each prison at which you are or were confined. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **(Notably, if you are a prisoner seeking habeas corpus relief, you are not required to submit a six-month account statement.)**

5. **Your failure to provide the Certificate or six-month account statement may result in the denial of your motion or dismissal of this action.**

# CERTIFICATE
(Prisoner Accounts Only)

I HEREBY CERTIFY THAT __Timmy Kinner__ has the sum of
(Name of Affiant)

$ __8.14__ as of __6-26-24__ on account to his credit at the
(date)

__Suwannee Correctional__ institution where he/she is confined. I further certify that the above-named prisoner affiant has the following securities to his credit according to the records of this institution:

_____

_____

_____

_L. _____ SCLO_
Authorized Officer of Institution

6 of 8

```
IBSR140 (74)                        FLORIDA DEPARTMENT OF CORRECTIONS                        06/26/24
                                        TRUST FUND ACCOUNT STATEMENT                         09:57:26
                                        FACILITY: 230 - SUWANNEE C.I                         PAGE    1
                                        FOR: 01/26/2024 - 06/26/2024

ACCT NAME: KINNER, TIMMY E. JR.      ACCT#: F91538
      BED: F11011                    TYPE:  INMATE TRUST
   PO BOX:
                                                                       BEGINNING BALANCE 01/26/24    $257.37
```

7 of 8

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 01/29/24 | 109 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.36 | $257.01 |
| 01/31/24 | 043 | CANTEEN SALES | 21320240130 | 000 | | - | $38.15 | $218.86 |
| 02/05/24 | 107 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.38 | $218.48 |
| 02/07/24 | 043 | CANTEEN SALES | 21320240206 | 000 | | - | $33.76 | $184.72 |
| 02/12/24 | 109 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.34 | $184.38 |
| 02/14/24 | 043 | CANTEEN SALES | 21320240213 | 000 | | - | $34.76 | $149.62 |
| 02/19/24 | 107 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.35 | $149.27 |
| 02/21/24 | 043 | CANTEEN SALES | 21320240220 | 000 | | - | $32.59 | $116.68 |
| 02/26/24 | 109 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.33 | $116.35 |
| 02/27/24 | 182 | INDIVIDUAL CHEC | 0794655 | 000 | ISLAMIC BOOKSTORE.COM | - | $14.90 | $101.45 |
| 02/28/24 | 043 | CANTEEN SALES | 21320240227 | 000 | | - | $24.80 | $76.65 |
| 03/04/24 | 109 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.25 | $76.40 |
| 03/12/24 | 043 | CANTEEN SALES | 21320240311 | 000 | | - | $19.64 | $56.76 |
| 03/18/24 | 109 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.20 | $56.56 |
| 03/18/24 | 203 | DESTRUCTION OF LIEN CREATED | 213-240294 - 03/18/2024 | 000 213-240294 | | - | $0.00 | $56.56 |
| 03/19/24 | 043 | CANTEEN SALES | 21320240318 | 000 | | -( | $9.46) | $66.02 |
| 03/22/24 | 138 | DESTRUCTION OF LIEN CREATED | 213-240314 - 03/22/2024 | 000 213-240314 | | - | $0.00 | $66.02 |
| 03/22/24 | 138 | DESTRUCTION OF LIEN CREATED | 213-240332 - 03/22/2024 | 000 213-240332 | | - | $0.00 | $66.02 |
| 03/28/24 | 192 | MEDICAL CO-PAY LIEN CREATED | 0327240714RR - 03/28/2024 | 000 0327240714RR | | - | $0.00 | $66.02 |
| 03/28/24 | 192 | MEDICAL CO-PAY LIEN CREATED | 0327241020MH - 03/28/2024 | 000 0327241020MH | | - | $0.00 | $66.02 |
| 04/10/24 | 043 | CANTEEN SALES | 21320240409 | 000 | | - | $38.68 | $27.34 |
| 04/15/24 | 109 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.39 | $26.95 |
| 04/23/24 | 043 | CANTEEN SALES | 21320240422 | 000 | | - | $17.00 | $9.95 |
| 04/29/24 | 109 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.17 | $9.78 |
| 05/29/24 | 311 | JPAY MEDIA W/D | 000170655059 | 000 | | - | $1.00 | $8.78 |
| 06/17/24 | 194 | LEGAL POSTAGE W | 2024061301 | 000 | | - | $0.64 | $8.14 |
| 06/21/24 | 200 | JPAY TABLET DR LIEN CREATED | 230-240802 - 06/21/2024 | 000 230-240802 | | - | $0.00 | $8.14 |

```
                                                                       ENDING BALANCE 06/26/24       $8.14
```

| LIEN DATE | TYPE OF LIEN | LIEN FACL | AMOUNT OF LIEN | AMOUNT STILL OWED |
|---|---|---|---|---|
| 03/18/24 | DESTRUCTION OF PROPERTY/FOOD | 000 | $29.13 | $29.13 |

```
IBSR140 (74)                        FLORIDA DEPARTMENT OF CORRECTIONS              06/26/24
                                      TRUST FUND ACCOUNT STATEMENT                 09:57:26
                                      FACILITY: 230 - SUWANNEE C.I                 PAGE    2
                                       FOR: 01/26/2024 - 06/26/2024

ACCT NAME: KINNER, TIMMY E. JR.        ACCT#: F91538
     BED: F11011                       TYPE: INMATE TRUST
     PO BOX:

LIN                                    LIEN     AMOUNT         AMOUNT
DATE      TYPE OF LIEN                 FACL     OF LIEN        STILL OWED
--------  ------------------------     ----     -----------    -----------
03/22/24  DESTRUCTION OF PROPERTY/FOOD  000        $33.08         $33.08
03/22/24  DESTRUCTION OF PROPERTY/FOOD  000        $29.13         $29.13
03/28/24  MEDICAL CO-PAYMENT            000         $5.00          $5.00
03/28/24  MEDICAL CO-PAYMENT            000         $5.00          $5.00
06/21/24  JPAY TABLET DR                000       $129.99        $129.99
```

8 of 8

NOTE: 2 CLERK  BCUZ OF STAFF & INMATES PLAYN W/ MY FOOD I MAY NOTE B ABLE 2 GET &/OR SEND MAIL BCUZ I'LL B ON HUNGER STRIKE & MAY ACTUALLY B ON SUICIDE WATCH STATUS & NOT HAVE ACCESS 2 MY PROPERTY & WRITING UTENSILS. DIS PLACE IS FUKD ↑ & I HAVE UN-KNOWN & KNOWN ENEMIES DAT WISH HARM & 2 DO ME HARM. SO, I HAVE 2 DO WAT I HAVE 2 2 SURVIVE. DEY ALREADY POISONED ME, BEAT ME, BROKE MY ARM, ROBBD ME & LITERALLY TELL ME WAT'S GONA HAPPEN 2 ME & WAT DEY WANT 2 HAPPEN 2 ME & ALL I WANA DO IS HELP PPL SO I CAN B BLESSD BUT DA ADVERSARY WAHTS 2 DESTROY US ALL OUTS IT.

Timmy Kinner #T41938
S.C.I.
5964 US Hwy 90
Live Oak, FL 32060

Legal
Mail
[illegible]

Mailed From State
Correctional
Institution
Suwanee C.I

JACKSONVILLE FL 320
29 JUN 2024 PM 2 L

RECEIVED



U.S. District Court
Clerk's Office
Golden-Collum Memorial Federal Bldg &
U.S. Courthouse
207 N.W. Second Street, Room 337
Ocala, Florida 34475-6660

SCREENED
By USMS

34475-666607

